G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

Attorney for Defendant
TRAVELERS PROPERTY CASUALTY
INSURANCE COMPANY (erroneously sued as
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, a Connecticut corporation
dba TRAVELERS PROPERTY CASUALTY
INSURANCE COMPANY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RICHARD FALKE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation dba TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | NO. 1:12-CV-01721-LJO-GSA<br><br>**STIPULATION THAT DAMAGES WILL NOT EXCEED $25,000, STIPULATION TO REMAND, AND ORDER**<br><br>**Complaint Filed: 09/20/2012**<br>**Trial Date: 09/20/2013 (Superior Court, Stanislaus)** |

TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　Plaintiff Richard Falke ("Plaintiff"), his attorney of record, Cory B. Chartrand, Esq., and Defendant Travelers Property Casualty Insurance Company (erroneously sued as "Travelers Casualty Insurance Company of America, a Connecticut corporation dba Travelers Property Casualty Insurance Company") ("Travelers"), by and through its attorney of record, G. Edward Rudloff, Jr., Esq., Foran Glennon Palandech Ponzi & Rudloff PC, hereby stipulate as follows:

---

**STIPULATION THAT DAMAGES WILL NOT EXCEED $25,000, STIPULATION TO REMAND AND [PROPOSED] ORDER** CASE NO. 1:12-CV-01721-LJO-GSA
- 1 -

1. WHEREAS, on September 20, 2012, Plaintiff commenced an action styled *Richard Falke, Plaintiff, v. Travelers Casualty Insurance Company of America, a Connecticut corporation dba Travelers Property Casualty Insurance Company and DOES 1-10, inclusive*, Case No. 678150 ("Action") in the Superior Court of California, County of Stanislaus.

2. WHEREAS, Travelers timely filed a Notice of Removal of the action to the United States District Court for the Eastern District of California – Fresno Division ("District Court") alleging diversity of citizenship as the basis for jurisdiction (case no. 1:12-CV-01721-LJO-GSA).

3. WHEREAS, Plaintiff's attorney of record confirmed in a letter to Defendant's counsel, dated October 23, 2012, that the amount in controversy does not, and will not, exceed the jurisdictional minimum of $75,000. Plaintiff asserted that the total amount of damages sought by Plaintiff for any and all causes of action against Travelers <u>will not exceed $25,000</u> under any circumstances.

NOW THEREFORE, it is stipulated that:

4. Plaintiff and his attorney of record agree that Plaintiff will not seek or accept any amount of damages exceeding a total amount of $25,000 arising from any and all causes of action of every kind and nature, known and unknown, for past, present, and future damages, including but not limited to actual, consequential, and punitive damages, and arising out of, or in any way related to, Travelers' obligations to and/or dealings with Plaintiff at any time, arising out of or in any way related to the Action, the insurance claim, and insurance policy at issue in the Action.

5. In the event a court or a jury awards Plaintiff an amount of damages in excess of $25,000 in this Action, Plaintiff hereby consents to a remittitur of the damage award to the amount of $25,000 for all damages in the Action combined.

6. The parties agree that, based upon the above stipulation that the amount in controversy will not exceed $25,000, this court no longer has subject matter jurisdiction of Plaintiff's civil action. Accordingly, the parties stipulate, pursuant to

**STIPULATION THAT DAMAGES WILL NOT EXCEED $25,000, STIPULATION TO REMAND AND [PROPOSED] ORDER** CASE NO. 1:12-CV-01721-LJO-GSA
- 2-

28 U.S.C. § 1447(c), to the remand of Plaintiff's civil action, alleging Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing (Case No. 1:12-CV-01721-LJO-GSA) to the Superior Court of California, County of Stanislaus. This stipulation shall not be construed as an admission or statement that the Action was improperly moved to Federal court.

7. Upon execution of this stipulation by Plaintiff and his attorney of record and by Defendant and its attorney of record, the parties stipulate that this action shall be, and hereby is immediately remanded, to the Superior Court of California, County of Stanislaus.

DATED: November 14, 2012    **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ G. Edward Rudloff, Jr.
G. Edward Rudloff, Jr.

Attorney for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

DATED: November 13, 2012    **TRIEBSCH & FRAMPTON, APC**

By: /s/ Cory B. Chartrand
Cory B. Chartrand

Attorney for Plaintiff, RICHARD FALKE

**STIPULATION THAT DAMAGES WILL NOT EXCEED $25,000, STIPULATION TO REMAND AND [PROPOSED] ORDER** CASE NO. 1:12-CV-01721-LJO-GSA
**- 3-**

**ORDER**

1. This Action shall immediately be remanded to the Superior Court of California, County of Stanislaus (Case No. 678150), Limited Civil Action;

2. All pending deadlines and hearings in this case shall be taken off the Court's calendar; and

3. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of Stanislaus.

IT IS SO ORDERED.

Dated: __**November 16, 2012**__        __/s/ Lawrence J. O'Neill__
                                        UNITED STATES DISTRICT JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500